# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  August 26,2020
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

                Plaintiff                        **SCHEDULING ORDER**

     -against-                                20-CR-414-UA

Eric Snype
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled an Arraignment on Indictment for 9/3/2020 at 9:00 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739.  Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  August 26, 2020
         White Plains, New York

                                           SO ORDERED:

                                           s/       PED

                                           PAUL E. DAVISON
                                           United States Magistrate Judge