UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

Eric Snype
            Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

20-CR-414 (UA)

DOCUMENT ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/20

Defendant Eric Snype hereby voluntarily consents to participate in the following proceeding via
☒ videoconferencing or ☒ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☒    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

/s/ Eric Snype (by permission)             /s/
Defendant's Signature                                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

       Eric Snype                              Susanne Brody
Print Defendant's Name                        Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

   9//3/2020
Date                                            U.S. District Judge/U.S. Magistrate Judge