UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Eric Snype

Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-414 (VB)

Defendant Eric Snype hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing~~ or ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☒ Conference Before a Judicial Officer -

_Eric Snype (by VLB)_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____Eric Snype_____
Print Defendant's Name

_Susanne Brody (by VLB)_
Defendant's Counsel's Signature

_Susanne Brody_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____10/30/2020_____
Date

_____VB_____
U.S. District Judge/~~U.S. Magistrate Judge~~