UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
v.                                       :   **ORDER**
                                         :
ERIC SNYPE and LONNIE AVANT,             :   20 CR 414 (VB)
              Defendants.                :
--------------------------------------------------------------x

     A status conference in this matter is scheduled for <u>January 13, 2021, at 9:00 a.m.</u> Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendants each waive their right to be physically present and consent to appear by telephone after consultation with counsel.

     Accordingly, it is hereby ORDERED:

     1. By <u>January 6, 2021</u>, defense counsel shall advise the Court in writing as to whether each defendant waives his right to be physically present and consents to appear by telephone.

     2. At the time of the scheduled hearing, counsel and defendants shall attend by calling the following number and entering the access code when requested:

     **Dial-In Number:** (888) 363-4749 (toll free) <u>or</u> (215) 446-3662
     **Access Code:** 1703567

Dated: December 11, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge