UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Eric Snype,

                Defendant.

-------------------------------------------------------------X

**CONSENT TO PROCEED TELEPHONE OR VIDEO CONFERENCE**

20 Cr. 414 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/20

Defendant ~~DILLON PURDY~~ *Eric Snype* hereby voluntarily consents to participate in the following proceeding via ☐ videoconferencing or ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☒ Pretrial conference


_Eric Snype (by VB)_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Dillon Purdy
Print Defendant's Name

_____/s/_____
Defendant's Counsel's Signature


Susanne Brody
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

December 11, 2020
Date

_____
Hon. Vincent L. Briccetti, U.S. District Judge
Southern District of New York