UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Eric Snype,

               Defendant.
-------------------------------------------------------------X

**CONSENT TO PROCEED TELEPHONE OR VIDEO CONFERENCE**

20 Cr. 414 (VB)

Defendant **Eric Snype** hereby voluntarily consents to participate in the following proceeding via ☐ videoconferencing or ☒ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☒    Pretrial conference


_Eric Snype by Susanne Brody_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Susanne Brody_
Defendant's Counsel's Signature

Eric Snype
Print Defendant's Name

Susanne Brody
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

January 13, 2021
Date

Hon. Vincent L. Briccetti, U.S. District Judge
Southern District of New York