UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                  :

v.                                         :          **ORDER**

ERIC SNYPE,                                :          20 CR 414-1 (VB)
                    Defendant.             :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/21

      Sentencing in this case is scheduled for <u>September 17, 2021, at 10:00 a.m.</u>  The Court

expects to conduct this proceeding in person in the Courthouse, but will provide a teleconference

line for participants who wish to attend by telephone.

      Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY

courthouse must complete a questionnaire and have his or her temperature taken.  The

questionnaire is located on the Court's website at:

<u>https://www.nysd.uscourts.gov/sites/default/files/2020-
09/SDNY%20COVID%20ENTRY%20QUESTIONNAIRE%20GUIDE%209-2-2020.pdf</u>.

Completing the questionnaire online and ahead of time will save time and effort upon entry.

Only those individuals who meet the entry requirements established by the questionnaire will be

permitted entry.  Please contact Chambers if you do not meet the requirements.

1

Participants attending the proceeding by telephone shall call the following number and enter the access code when requested:

**Dial-In Number: (888) 363-4749 (toll free) <u>or</u> (215) 446-3662**

**Access Code: 1703567**

Dated: April 28, 2021
      White Plains, NY

                SO ORDERED:

                Vincent L. Briccetti
                United States District Judge