UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

ERIC SNYPE,
                    Defendant.
--------------------------------------------------------------x

**ORDER**

20 CR 414-1 (VB)

      By letter dated October 20, 2022 (Doc. #63), defendant requests that he be provided with counsel to assist with the filing of a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

      The motion is DENIED WITHOUT PREJUDICE. "[A] defendant filing a compassionate release motion [under 18 U.S.C. § 3582(c)(1)(A)] . . . has no constitutional or statutory right to the assistance of counsel." United States v. Fleming, 5 F.4th 189, 192 (2d Cir. 2021). "The appointment of [Criminal Justice Act] counsel at this stage rests in the court's sole discretion." Id. at 194 n.4.

      If defendant wishes to file a motion for reduction of sentence, he should do so. If, when he files that motion, he wishes to renew his request for appointment of counsel, he may do so at that time.

      Chambers will mail a copy of this Order to defendant at the following address:

Eric Snype, Reg. No. 83704-054
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA  17954

Dated: October 26, 2022
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge